MULHOLLAND MACHINERY CORPORATION, Appellant, v. PHOENIX INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.